**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Juan C. TORRES, a/k/a Shorty,
Defendant—Appellant.**

No. 08–8285.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 16, 2009.

Decided: April 23, 2009.

Juan C. Torres, Appellant Pro Se. Jeb Thomas Terrien, Assistant United States Attorney, Harrisonburg, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan C. Torres appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Torres,* No. 5:01–cr–30067–jct–1 (W.D.Va. May 1, 2008). *See United States v. Dunphy,* 551 F.3d 247 (4th Cir.2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*